ORIGINAL

**Sarita Sutton**
**237 W. Columbia Rd. Enola PA 17025**

June 11, 2005

FILED
HARRISBURG, PA
JUN 20 2005
MARY E. D'ANDREA, CLERK
Per ______
Deputy Clerk

Clerk, US District Court
P.O. Box 983
Harrisburg, PA 17108

Dear Sir or Madam:

I am writing this letter to you to ask that you please allow me to skip my $50.00 monthly payments for restitution in docket **# 1:CR-00-213-01** for the months of July and August. I would resume payments in September.

I have currently been on short term disability since mid December where I am only receiving a partial pay check because of being ill from Chemo treatments I am currently undergoing. I am now having to transition into long term disability and will not receive any payments at all for an approximate 6-8 week period. I have never missed a payment in over 3 years and in the past even sent amounts higher than the required amount. I would really appreciate it if you could please allow me this two month grace period and as I stated I would resume my normal monthly payments in September.

I am no longer on probation and/or parole and my ex-po told me to write a letter to you explaining the situation and that if your department is not the one that handles this to please make sure the proper department does get it.

Thank you for your time and consideration in this matter. Who ever needs to make the decision on this will you please notify me of what the results are since I do not want to be in violation of anything by missing a payment. Thank you once again.

Sincerely,

Sarita Sutton

**# 1:CR-00-213-01**



Sarita Sutton
237 W Columbia Rd.
Enola, PA 17025







Clerk, US District Court
PO BOX 983
Harrisburg, PA 17108

17108-0983